160 A.3d 696

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JULIO MULERO, DEFENDANT-PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003153–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 697

OCWEN LOAN SERVICES, LLC, PLAINTIFF-RESPONDENT, v. MARLA WUEBBENS QUINN AND THOMAS QUINN, DEFENDANTS, AND LOUISA WUEBBENS AND DAVID WUEBBENS, DEFENDANTS-PETITIONERS.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002668–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.